CLOSED

_____
| | |
|---|---|
| **BAYER CORPORATION,** | : UNITED STATES DISTRICT COURT |
| | :    DISTRICT OF NEW JERSEY |
| **Plaintiff(s),** | : |
| | : Hon. Dennis M. Cavanaugh,U.S.D.J. |
| -vs- | : Civil Action No. 02-4653 (DMC) |
| | : |
| **AMERICAN SAFETY RAZOR COMPANY,** | :      DISMISSAL ORDER |
| | : |
| **Defendant(s),** | : |
| **Third Party Plaintiff** | : |
| | : |
| -vs- | : |
| | : |
| **INTERNATIONAL PAPER COMPANY,** | : |
| **BBA NONWOVENS SIMPSONVILLE,** | : |
| | : |
| **Third Party Defendants** | : |
_____ :

**IT HAVING BEEN REPORTED** to the Court that the above-captioned matter has been settled,

**IT IS on this 30th day of January, 2004**

**ORDERED THAT** this matter be and hereby is dismissed without costs and with prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.

                                         S/_____
                                         **DENNIS M. CAVANAUGH**
                                         **United States District Judge**

Original: Clerk of the Court
cc:      All Parties
         Hon. Mark Falk, U.S.M.J.
         File